UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DENISE TUMELE,**

        Petitioner,        Case Number: 06-11071

**v.**        HONORABLE DENISE PAGE HOOD

**SUSAN DAVIS,**

        Respondent.
_____/

## ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE

Petitioner Denise Tumele filed a *pro se* petition for a writ of habeas corpus. Petitioner, who is currently incarcerated at the Huron Valley Complex in Ypsilanti, Michigan, failed to submit a check or money order made payable to "Clerk, U.S. District Court." *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing Section 2254 Cases. The Court, therefore, issued an Order to Correct Deficiency on March 14, 2006.

The Deficiency Order required Petitioner to return the check made payable to "Clerk, U.S. District Court," by March 29, 2006. The time for correcting the deficiency has elapsed and Petitioner has failed to do so.

Accordingly, **IT IS ORDERED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

        s/ DENISE PAGE HOOD
        DENISE PAGE HOOD
        UNITED STATES DISTRICT JUDGE

Dated: May 31, 2006